# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
### Eastern Division

Ramiro Perez, et al.

                    Plaintiff,

v.                                     Case No.: 1:10–cv–01127

                                     Honorable Blanche M. Manning

Comcast Corporation, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 23, 2012:

       MINUTE entry before Honorable Blanche M. Manning: Defendants' agreed motion to stay briefing [101] is granted. All pending motions [51] [98] are stricken without prejudice in light of the upcoming mediation, which is scheduled for 2/28/2012. Status hearing set for 2/16/2012 is reset to 3/8/2012 at 11:00 AM. Joint status report due by 3/6/2012.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.