IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAMIRO PEREZ *et al.* ) | |
| ) | Case No. 10 -C-1127 |
| Plaintiffs, ) | |
| ) | Judge Der-Yeghiayan |
| v. ) | |
| ) | |
| COMCAST CABLE COMMUNICATIONS ) | |
| MANAGEMENT, LLC *et al.* ) | |
| ) | |
| Defendants. ) | |

## JOINT STIPULATION TO DISMISS WITH PREJUDICE

The parties, by and through their undersigned counsel, hereby submit this Joint Stipulation to Dismiss with Prejudice the above-captioned action pursuant to a settlement agreement, with each party to bear its own costs and attorneys' fees,

Dated: December 30, 2013        Respectfully Submitted,

PLAINTIFFS RAMIRO PEREZ ET AL.
By: /s/ Marni Willenson
Willenson Law LLC
542 S. Dearborn St.
Suite 610
Chicago, IL 60605
marni@willensonlaw.com

AMERICAN CABLE & TELEPHONE, LLC;
C. PERRY MOORE and MARK JOANIS
By: /s/ Brian S. Schwartz
Klein Dub & Holleb, Ltd.
660 LaSalle Place, Suite 100
Highland Park, IL 60035
Brian.Schwartz@labor-law.com

COMCAST CABLE COMMUNICATIONS
MANAGEMENT, LLC and COMCAST
CORPORATION
By: /s/ Stephanie Sweitzer
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, Fifth Floor
Chicago, IL 60601-5094
ssweitzer@morganlewis.com