# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 5.1.1
### Eastern Division

Ramiro Perez, et al.
                              Plaintiff,

v.                                              Case No.: 1:10–cv–01127
                                                Honorable Samuel Der–Yeghiayan

Comcast Corporation, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, January 10, 2014:

    MINUTE entry before the Honorable Samuel Der–Yeghiayan: The parties having stipulated to the agreed dismissal of this action pursuant to settlement, this case is hereby dismissed with prejudice, with each party to bear its own costs and fees. All pending dates and motions, if any, are hereby stricken as moot. Civil case terminated. Mailed notice (mw, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.